UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

REBECCA LYNN CHESSER )
)
v. ) NO. 2:15-CV-61
)
CAROLYN W. COLVIN )
Acting Commissioner of Social Security )

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated September 1, 2015. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 13], it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the plaintiff's motion for costs under the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(A) is **GRANTED**. [Doc. 12]. Accordingly, a sum of $400.00 in costs is awarded to the plaintiff.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE